GEORGE HATALLA, Respondent, v. WALTER F. THORPE, Appellant.— Judgment affirmed, with costs. All concurred; Hubbs, J., not sitting.

GIANT PORTLAND CEMENT COMPANY, Appellant, Respondent, v. BARBER ASPHALT PAVING COMPANY and Others, Respondents, Appellants, Impleaded with Others.— Motion for reargument granted.

ALBANY COUNTY SAVINGS BANK, Plaintiff, v. DAVID A. GARDNER and Others, Appellants, Impleaded with EMILY WEED HOLLISTER, Respondent, and Others.— Motions to amend order of affirmance in respect to costs and in respect to findings of fact and conclusions of law denied, without costs.

GEORGE C. SKINNER, Appellant, v. MARION WAYNE WITHERDEN, Respondent.— Motion granted and appeal dismissed.

In the Matter of the Judicial Settlement of the Accounts of FREDERICK W. BARKER and Others, as Executors of and Trustees under the Last Will and Testament of JAMES J. BELDEN, Deceased.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

FERRIS FULLER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, we are of the opinion that the exceptions taken by the defendant to the refusal of the court to unqualifiedly charge as requested by the defendant's counsel present reversible error. The instructions were required under the rule laid down in *Dolfini* v. *Erie R. R. Co.* (178 N. Y. 1). We are also of the opinion that the Court of Appeals did not intend to limit or overrule the *Dolfini* case by the decision in *Carr* v. *Pennsylvania R. R. Co.* (225 N. Y. 44). All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT C. WEAVER, Appellant.— It appearing that the justices qualified to sit in this appeal are evenly divided and unable to render a decision therein, the said appeal is transferred to the Appellate Division of the Supreme Court, Third Department, to be there heard and determined. Hubbs, J., not sitting.

ALICE L. DAVIS, Appellant, v. INTERNATIONAL RAILWAY COMPANY, and Another, Respondents.— Judgments and order affirmed, with costs. All concurred, except Foote and Lambert, JJ., who voted for affirmance of the judgment in favor of the International Railway Company, and for reversal of the judgment in favor of the defendant Balber and for granting a new trial as to him.

ANNA SENGLE, Respondent, v. GEORGE H. CAFFERY and Another, Appellants.— Order affirmed, with costs. All concurred, except Foote, J., not voting.

EDNA RISING, Respondent, v. EDGAR MUNSON and Another, Appellants. — Judgment and order affirmed, with costs. All concurred.

MARIE E. CUMMINGS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

EDWIN CUMMINGS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.